UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HALEY BOURQUE AND ALLISON DURR, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>NAUTIC PARTNERS LLC<br><br>Defendant. | )<br>)<br>)<br>)<br>) Case No.: 1:24-cv-00047-MSM-LDA<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION TO STAY

Plaintiffs Haley Bourque and Allison Durr and Defendant Nautic Partners LLC jointly move the Court to stay the briefing and hearing schedule for Defendant's Motion to Dismiss. The parties are engaged in preliminary settlement discussions and request a stay of thirty (30) days to see if the parties may reach an amicable resolution.

WHEREFORE, the parties respectfully request the Court enter a stay of all proceedings in this matter for thirty (30) days.

Dated: July 17, 2024                                              Respectfully Submitted,

**PLAINTIFFS,**                                                         **DEFENDANT,**
**HALEY BOURQUE AND ALLISON DURR,**              **NAUTIC PARTNERS LLC**
**individually and on behalf of all others similarly situated**

*/s/* David K. Lietz                                                   */s/* Joseph A. Farside, Jr.

David K. Lietz*                                                        Joseph A. Farside, Jr. (#7559)
**MILBERG COLEMAN BRYSON PHILLIPS**          Krystle G. Tadesse (#7944)
**GROSSMAN, PLLC** 5335 Wisconsin Avenue           **LOCKE LORD LLP**
NW, Suite 440 Washington, D.C. 20015-2052              2800 Financial Plaza
Telephone: (866) 252-0878                                         Providence, RI  02903
Facsimile: (202) 686-2877 dlietz@milberg.com        (401)-274-9200

138077967v.1

Raina C. Borelli (*pro hac vice* forthcoming)

**STRAUSS BORELLI PLLC**
One Magnificent Mile
980 N Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
Email: raina@straussborrelli.com
Vincent L. Greene
**MOTLEY RICE LLC**
40 Westminster St., 5th Floor
Providence, RI 02903
Ph: (401) 457-7730
Fax.: (401) 457-7708
vgreene@motleyrice.com
*Attorneys for Plaintiffs and the Putative Class  *
*Admitted Pro Hac Vice*

(401) 276-6611 (Fax)
joseph.farside@lockelord.com
krystle.tadesse@lockelord.com

and

Tara L. Trifon (*Admitted Pro Hac Vice*)
**LOCKE LORD LLP**
20 Church Street, 20th Floor
Hartford, CT  06103
(860) 541-7740
(866)-320-7824 (Fax)
tara.trifon@lockelord.com