# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **HALEY BOURQUE and ALLISON DURR**, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>**NAUTIC PARTNERS LLC**,<br><br>　　　　　　　　Defendant. | Case No. 1:24-cv-00047-MSM-LDA<br><br>District Judge Mary S. McElroy<br><br>Magistrate Judge Lincoln D. Almond |

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Haley Bourque and Allison Durr hereby gives notice that their individual claims in this action against Defendant Nautic Partners, LLC, are hereby voluntarily dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: September 19, 2024        By:  /s/ David K. Lietz
　　　　　　　　　　　　　　　　　　David K. Lietz
　　　　　　　　　　　　　　　　　　MILBERG COLEMAN BRYSON
　　　　　　　　　　　　　　　　　　PHILLIPS GROSSMAN PLLC
　　　　　　　　　　　　　　　　　　5335 Wisconsin Avenue NW, Suite 440
　　　　　　　　　　　　　　　　　　Washington, DC 20015
　　　　　　　　　　　　　　　　　　Telephone: (866) 252-0878
　　　　　　　　　　　　　　　　　　Facsimile: (202) 686-2877
　　　　　　　　　　　　　　　　　　dlietz@milberg.com

　　　　　　　　　　　　　　　　　　Vincent L. Greene, IV
　　　　　　　　　　　　　　　　　　MOTLEY RICE LLC
　　　　　　　　　　　　　　　　　　40 Westminster St., 5th Floor
　　　　　　　　　　　　　　　　　　Providence, RI 02903
　　　　　　　　　　　　　　　　　　Telephone: (401) 457-7730
　　　　　　　　　　　　　　　　　　Facsimile: (401) 457-7708
　　　　　　　　　　　　　　　　　　vgreene@motleyrice.com

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on September 19, 2024 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

                                                         */s/ David K. Lietz*
                                                         David K. Lietz